## COMMONWEALTH of Pennsylvania, Respondent,

v.

## John LIEBEL, Petitioner.

Supreme Court of Pennsylvania.

March 15, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of March, 2002, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue as framed in the Petition:

Did the Superior Court err in affirming the lower court's opinion wherein the court refused to reinstate Petitioner's right to submit a Petition for Allowance of Appeal to the Supreme Court *nunc pro tunc* based upon first appellate counsel's admitted failure to file for such allowance of appeal?